# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6370
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| Plaintiff, | 2:15-CR-__98__ |
| vs. | VIOLATION: |
| DALLAS HEDGE, | 18 U.S.C. §§ 922(g)(1), 924(a)(2) - Felon in Possession of a Firearm |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

On or about March 19, 2015, in the State and Federal District of Nevada,

**Dallas Hedge,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2013 conviction, in the State of Nevada, for Attempt Robbery (Category B Felony), did knowingly possess a firearm, to wit: a Smith & Wesson revolver, bearing serial number K452600, said possession being in and affecting interstate

1

commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

**DATED:** this 7th day of April, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*/s/ Alexandra Michael*
ALEXANDRA MICHAEL
Assistant United States Attorney

2