# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br>DALLAS HEDGE,<br><br>　　　　　Defendant. | 2:15-cr-00098-JAD-CWH<br>**ORDER** |

Before the court is Defendant Dallas Hedge's Motion to Reconsider Detention Order (#30).

IT IS HEREBY ORDERED that any opposition to Defendant Dallas Hedge's Motion to Reconsider Detention Order (#30) is due on or before October 8, 2015. No reply necessary.

DATED this 6th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE