# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00098-JAD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| DALLAS HEDGE, | |
| Defendant. | |

Before the court is Defendant's Motion to Reconsider Detention Order (#30).  The government's opposition was filed on October 8, 2015.  (#32).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Reconsider Detention Order (#30) is scheduled for 2:00 p.m., October 14, 2015.

DATED this 9th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE