RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Dallas Hedge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DALLAS HEDGE,<br><br>        Defendant. | Case No. 2:15-cr-098-JAD-CWH<br><br>**STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING**<br><br>(First Request) |

IT IS HEARBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brain Pugh, Assistant Federal Public Defender, counsel for DALLAS HEDGE, that the change of plea hearing scheduled for October 28, 2015 at 9:00 am, be vacated and set to a date and time convenient to this court but no earlier than fourteen (14) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defense has a previously scheduled hearing in case no. 2:15-cr-283-KJD-PAL that conflicts with the current setting of Mr. Hedge's change of plea.

2. Counsel for the Government is out of town from November 3, 2105 through November 6, 2015.

3. The client is in custody and does not oppose the continuance.

4. This is the first request for a continuance of the change of plea hearing.

DATED: October 26, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS HEDGE,<br><br>Defendant. | Case No. 2:15-cr-098-JAD-CWH<br><br>**ORDER** |

**ORDER**

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, October 28, 2015, be vacated and continued to Monday, November 9, 2015, at 1:30 p.m. (Calendar Call).

DATED 26th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

3