# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br>DALLAS HEDGE,<br><br>        Defendant. | 2:15-cr-00098-JAD-CWH<br>**ORDER** |

      Before the court is Defendant Dallas Hedge's Emergency Motion to Consider Release in Order to Attend Funeral Services (#43).

      Accordingly,

      IT IS HEREBY ORDERED that a hearing on Defendant Dallas Hedge's Emergency Motion to Consider Release in Order to Attend Funeral Services (#43) is scheduled for 9:00 a.m., November 17, 2015, in courtroom 3D.

      DATED this 16th day of November, 2015.

                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE