# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS HEDGE,<br><br>Defendant. | Case No.: 2:15-cr-00098-JAD<br><br>**ORDER<br>RE: MOTION TO WITHDRAW<br>AS ATTORNEY OF RECORD**<br><br>ECF No. 89 |

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: 11/5/2019

_____
**HONORABLE JENNIFER A. DORSEY**
United States District Court Judge