# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00098-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 93 |
| DALLAS HEDGE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 26, 2019 at 10:30 a.m., be vacated and continued to March 2, 2020, at the hour of 10:00 a.m.

DATED this 22nd day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE