UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALLAS HEDGE,<br><br>　　　　Defendant. | Case No. 2:15-cr-00098-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 114 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for January 4, 2021 at 2:00 p.m., be vacated and continued to March 8, 2021, at 11:00 a.m.

　　DATED this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE