# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00098-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 117 |
| DALLAS HEDGE, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for March 8, 2021 at 11:00 a.m., be vacated and continued to May 24, 2021, at 10:00 a.m.

DATED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE