# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00098-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| DALLAS HEDGE, | ECF No. 125 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for August 30, 2021 at 2:00 p.m., be vacated and continued to November 1, 2021, at 2:00 p.m.

DATED this 25thday of August, 2021.

_____
UNITED STATES DISTRICT JUDGE