UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALLAS HEDGE,<br><br>    Defendant. | Case No. 2:15-cr-00098-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 140 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, February 8, 2022 at 10:00 a.m., be vacated and continued to March 7, 2022, at 11:00 a.m.

　　DATED this 3rd day of February 2022.

_____
UNITED STATES DISTRICT JUDGE